**Exhibit A to the Complaint**

**Location:** Atlantic Beach, NY  
**Total Works Infringed:** 27  
**IP Address:** 68.196.112.70  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DC9B2A191BE402E56E39283D47D35D7C428B2D96<br>File Hash: C40630AB1E412EFA2713B90C3D0D44872A449CD0824E8AF50583645D47C84DFD | 12/12/2024 02:59:44 | Milfy | 12/11/2024 | 12/13/2024 | PA0002506277 |
| 2 | Info Hash: 43CA198BF8A88D01AFC42EBE60E32DCFAC0DC36C<br>File Hash: AC55A815C0A4F1D30716C31FEA0AE6AFF8BCE3A1D9612502E97AC7A71629A559 | 12/12/2024 02:45:41 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 3 | Info Hash: 42D6E34ED86FA3012FCE9F4930A62533F2AB23EF<br>File Hash: 7EC0222162C6FE9484CBDC310680C282218D54752B5C95D09BD72B214DB23370 | 12/04/2024 22:30:47 | Milfy | 12/04/2024 | 12/13/2024 | PA0002506316 |
| 4 | Info Hash: 710999EECD2AA0520051C386F9A4EF73F743719A<br>File Hash: BD20D8AC2FA9D5984985142075476E1D70EC78916EF654CB31EAE09ECD73C238 | 12/04/2024 14:44:26 | TushyRaw | 12/03/2024 | 12/13/2024 | PA0002506319 |
| 5 | Info Hash: F27FAD2CD1EA3FC84FBB0DEE12684E79AED83696<br>File Hash: 2C9B735C93517EE1F87398183EC326DE0E829B5341A36F63E6F1AA6D5BB8C573 | 11/26/2024 23:35:43 | TushyRaw | 11/26/2024 | 12/13/2024 | PA0002506324 |
| 6 | Info Hash: 29926D35C60C3966E178F26ED84E25FDD717FC3B<br>File Hash: C92EB4DBFBB86595874BF958DD6CCC999A1FEE60E2B7BB9BB169EECFA9638AFB | 11/16/2024 02:36:01 | Vixen | 11/15/2024 | 12/13/2024 | PA0002506276 |
| 7 | Info Hash: BB3610D614227851DE0E2E47A44A693764CBA5D3<br>File Hash: D9273AB6A5A99EA0183352A911127EAC9A3561CCB81D4DE84DF572C6466B8D50 | 11/15/2024 00:16:12 | Blacked | 11/14/2024 | 12/13/2024 | PA0002506271 |
| 8 | Info Hash: CE2A22BB90D83BBF469BBC3A64FE75D1E8A3DB7C<br>File Hash: 0F30E5D3A416C6BA93052941B0B339C0826C96483D29917A8DD33A7FB01FEDB2 | 11/14/2024 00:25:40 | TushyRaw | 11/12/2024 | 11/18/2024 | PA0002500906 |
| 9 | Info Hash: ED4B327986FE079B55604C1632EC7BB074C3965E<br>File Hash: A01EA329E7D4096F5F8C256BB5FB5DBFF7E8C82CEA630F0BCDEA8E790E71FB8D | 11/12/2024 01:29:47 | Tushy | 11/10/2024 | 11/18/2024 | PA0002500921 |
| 10 | Info Hash: BB809CF94E36288352DFA937B9F7823B681A7291<br>File Hash: 69BE28342E885C440D51DB059ECBCC7555A9CDF1EE122BF93205B81E87C67A74 | 11/06/2024 02:39:57 | TushyRaw | 11/05/2024 | 11/18/2024 | PA0002500900 |
| 11 | Info Hash: D35AF5E8C7C6627C326D7101E26797E570B54269<br>File Hash: FC2CDE4B6C4A78C8FF99B964FE62F19663E65F6D27A430FC5DC55B14F9E9FA17 | 11/05/2024 01:11:41 | Blacked | 08/11/2024 | 08/14/2024 | PA0002484821 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D1A196C7995DA5F4967A62D6E4A86C1FA1C04B85<br>File Hash: 686831A499338A02B1697A2C1A55A887EC35990BC65A29EB8CCD616320BA0000 | 11/05/2024 01:10:18 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 13 | Info Hash: 9D8881628C516150F49A1EA2D00202F245C1A46E<br>File Hash: 06393534913A80E2519F2A25BE67D69D3DBAF6D661055168154B5D258F87BF92 | 11/05/2024 00:51:38 | Blacked Raw | 11/04/2024 | 11/18/2024 | PA0002501000 |
| 14 | Info Hash: D2712E38602D277959460700679D964FDBA05E71<br>File Hash: 382729C28BA6DEECA899C06FF20B16B2DA06AD96719BE6370164A4F4217E518D | 11/05/2024 00:50:53 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 15 | Info Hash: 821591D3B453F814B8CD10994842274B6E4CDBE1<br>File Hash: 747070B2CFE2FC543DDC7AB0BF056A27AA2812738B3AD3AC90B014F204A5CECE | 09/11/2024 00:58:11 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 16 | Info Hash: A53FF6BAFB11986E9DCE883CB21856B6CCEC5286<br>File Hash: A54F44C3F08A447FA8A7F765A0C4BDEBD9C776E53AB675D42DBDDBAB02F1224C | 09/03/2024 03:33:50 | Vixen | 07/12/2024 | 08/15/2024 | PA0002484858 |
| 17 | Info Hash: 6799F98C8266D28FE3F0530ECED6E28F55A803D6<br>File Hash: 3914861FA149F8FEE85E56CB9201DEC19143F9E4283B382BF4FA5D651AB082D1 | 09/01/2024 02:19:37 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 18 | Info Hash: 5B87FEE254DE159C8769AF4C10AB50674F478D03<br>File Hash: BA4FDD90CD82EE1199B8954F25C67E2B7057E376EEE72D8C259010CF17A80A6A | 08/30/2024 12:50:08 | Slayed | 11/23/2021 | 12/03/2021 | PA0002333377 |
| 19 | Info Hash: 18FCCA0A9C60A1D3722EC5D60D360F0B0465ACDB<br>File Hash: 51479C8D6402636A3D39717463FDB135A578FA94207C877F6B8730382CAB3F95 | 08/30/2024 02:12:37 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 20 | Info Hash: DEA425847468A1C34575FC592294134E69C08DC1<br>File Hash: 3BAACBDCA4E113D796E5A931459DE598B85498009E8C8D7E7A75706145A55953 | 08/27/2024 00:17:27 | Blacked Raw | 11/09/2020 | 12/09/2020 | PA0002274940 |
| 21 | Info Hash: 8E5EBAB83CF4A1C580BAD3F54DDBB91B82A26A2D<br>File Hash: 228A943C721B6E73D1D08E7CED2AB7DAB6D245D9578D7299633D904849E6EA05 | 08/27/2024 00:07:25 | Blacked Raw | 08/26/2024 | 09/17/2024 | PA0002490350 |
| 22 | Info Hash: C5A921ADEA632D650A313C8BF86CDF777F19C53B<br>File Hash: 7A6565315EF2F78B56E5942A32A4E7C2B4426A740C29510FC710A9685557F562 | 08/26/2024 23:57:10 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 23 | Info Hash: EFB1EDB783A9DF187CCCB23DC4675C299FDBE437<br>File Hash: A18AD6BC1E6F33117228750E0FDAD7DAC6DFE3AE444F0B6A3E45BE535B72B135 | 08/26/2024 00:33:07 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 2EDB25A46C497CA859CC8C1A02526E1AC3B243A2<br>File Hash: 3114A961461AE9ED6E8D28F1D06C29B9BC3A1C0C84631C5B46A20D459668816F | 08/25/2024 23:59:23 | Milfy | 04/10/2024 | 06/24/2024 | PA0002477492 |
| 25 | Info Hash: 340512103055D9B5C9F5FBEE900E5055CFC65AD1<br>File Hash: CBA4A89AB1E56F55AD844C405F262271A17E637F99E00B3796E1EE8858153340 | 02/15/2024 03:38:25 | TushyRaw | 01/17/2024 | 02/14/2024 | PA0002455062 |
| 26 | Info Hash: 0B88EA7D305E8534799D87D6314D2D5A16F9A877<br>File Hash: 20FE4832B71E738F15BFDE52CB6C4490A062CECFBBC902200A38E19E53597375 | 07/09/2023 06:20:10 | Blacked Raw | 08/30/2021 | 09/30/2021 | PA0002319882 |
| 27 | Info Hash: 5A10B4B387F67F19E3B21027A4E72F82001F796F<br>File Hash: C14703C2EB8C6D6336FE640A4701E1EFD1D47B4E8E55B4730ED6BC34CC9DDE0A | 07/09/2023 03:12:47 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |